UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.　　　　　　　　　　　　　　　CASE NO. 2:22-cr-**12-SPC-MRM**

OTIS MARCHMAN IV　　　　　　　18 U.S.C. § 922(g)(1)
　　　　　　　　　　　　　　　　18 U.S.C. § 1512(b)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about December 26, 2020, in the Middle District of Florida, the defendant,

**OTIS MARCHMAN IV**,

knowing that he had been previously convicted in any court of a crime punishable by imprisonment for a term exceeding one year, including:

1. *Possession of Cocaine* and *Possession of 20 Grams or More of Cannabis*, on or about September 9, 2013;

2. *Possession of Cocaine, Dealing in Stolen Property*, and *False Identification to a Secondhand Dealer*, on or about October 8, 2013;

3. *Fleeing or Eluding a Law Enforcement Officer at High Speed or with Wanton Disregard to the Safety of Persons or Property, Possession of Cocaine, and Possession of Heroin*, on or about November 2, 2015; and

4. *Possession of a Firearm by a Convicted Felon*, or about September 28, 2017;

did knowingly possess, in and affecting interstate and foreign commerce, a firearm and ammunition, that is, a Glock firearm and CBC ammunition.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

## COUNT TWO

Beginning no later than on or about February 10, 2021 through at least February 13, 2021, in the Middle District of Florida, the defendant,

**OTIS MARCHMAN IV,**

did knowingly attempt to corruptly persuade another person and did knowingly engage in misleading conduct toward another person, that is GRAND JURY WITNESS #1, with the intent to influence and prevent the testimony of GRAND JURY WITNESS #1 in an official proceeding and with the intent to cause and induce GRAND JURY WITNESS #1 to be absent from an official proceeding to which GRAND JURY WITNESS #1 had been summoned by legal process, specifically, a proceeding before a federal grand jury in the Middle District of Florida.

In violation of Title 18 U.S.C. §§ 1512(b)(1) and 1512(b)(2).

## FORFEITURE

1.  The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 922(g)(1), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation.

3. The allegations contained in Count Two of this Indictment are incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

4. Upon conviction of a violation of 18 U.S.C. § 1512, the defendant, shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

5. The property to be forfeited includes, but is not limited to, the following: a Glock firearm (S/N AAE3069) and eight rounds of CBC ammunition.

6. If any of the property described above, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the court;

   d. has been substantially diminished in value; or

3

   e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

███████████████

Foreperson

ROGER B. HANDBERG
United States Attorney

By: *[signature]*
Simon R. Eth
Assistant United States Attorney

By: *[signature]*
Jesus M. Casas
Assistant United States Attorney
Chief, Fort Myers Division

4

FORM OBD-34

No.

# UNITED STATES DISTRICT COURT
Middle District of Florida
Fort Myers Division

THE UNITED STATES OF AMERICA

vs.

OTIS MARCHMAN IV

### INDICTMENT

Violations:

18 U.S.C. § 922(g)(1)
18 U.S.C. § 1512(b)

A true bill,

_____

Filed in open court this 23rd day

of February, 2022.

_____
Clerk

Bail $_____

GPO 863 525