UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 2:22-cr-12-SPC-KCD

OTIS MARCHMAN, IV

### ORDER[1]

Before the Court, pursuant to 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2), Federal Rules of Criminal Procedure, is the United States' Motion for a Final Order of Forfeiture filed November 15, 2022. (Doc. 45). The government seeks a final order of forfeiture for assorted ammunition, which was subject to the September 14, 2022 Preliminary Order of Forfeiture (Doc. 45).

In accord with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), Federal Rules of Criminal Procedure, from September 15, 2022 and continuing through October 14, 2022, the United States published at www.forfeiture.gov notice of the forfeiture and of the intent to dispose of the asset. (Doc. 38). The publication notified each interested third-party to file a petition to adjudicate their interest within 60 days of the first day of publication and with the Office

---

[1] Disclaimer: Papers hyperlinked to CM/ECF may be subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or their services or products, nor does it have any agreements with them. The Court is not responsible for a hyperlink's functionality, and a failed hyperlink does not affect this Order.

of the Clerk, United States District Court, 2110 First Street, Suite 2-194, Ft. Myers, Florida 33901.

Other than the defendant, whose interest was previously forfeited to the United States, no one has filed a petition or claimed an interest in the asset, and the time for filing such petition has expired.

Accordingly, it is now

**ORDERED:**

1. The United States' Motion for a Final Order of Forfeiture (Doc. 45) is **GRANTED**.

2. Under 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2), Federal Rules of Criminal Procedure, all right, title, and interest in the asset is **CONDEMNED** and **FORFEITED** to the United States for disposition according to law.

3. Clear title to the assets now vests in the United States of America.

**DONE AND ORDERED** in Fort Myers, Florida on November 21, 2022.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  Counsel of Record